■ AMELIA ARCAMONE-MAKINANO et al., Appellants, v BRITTON PROPERTY, INC., et al., Respondents. [64 NYS3d 901]—Appeal from an order of the Supreme Court, Queens County (Valerie Brathwaite Nelson, J.), entered April 1, 2015. The order denied, as untimely, the plaintiffs' motion for summary judgment on the issues of liability and damages.

Ordered that the appeal is dismissed, without costs or disbursements.

The appeal is from an intermediate order entered April 1, 2015. However, a judgment was entered in this action on July 27, 2016. Since the right of direct appeal from the intermediate order terminated with the entry of the judgment, we must dismiss the appeal from the intermediate order (*see Matter of Aho*, 39 NY2d 241, 248 [1976]). The issues raised on the appeal from the intermediate order are brought up for review and have been considered on the appeal from the judgment (*see* CPLR 5501 [a] [1]; *Arcamone-Makinano v Britton Prop., Inc.*, 156 AD3d 669 [2017] [decided herewith]). Chambers, J.P., Miller, Hinds-Radix and LaSalle, JJ., concur.